No. 10-11006. Michael A. Blow, Petitioner v. United States.

565 U.S. 862, 132 S. Ct. 201, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6134.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 406 Fed. Appx. 555.

No. 10-11007. Antoine O'Garro, Petitioner v. United States.

565 U.S. 862, 132 S. Ct. 201, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6315.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 10-11008. Carl Allen Nakagawa, Petitioner v. North Range Behavioral Health.

565 U.S. 862, 132 S. Ct. 201, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 5995, ▇▇▇

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

No. 10-11009. Timothy D. Murphy, Petitioner v. Carla Grenier, et al.

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6524.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 406 Fed. Appx. 972.

No. 10-11010. Bertha Martinez-Ruiz, Petitioner v. United States.

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6083.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 412.

No. 10-11011. Anthony L. Lawrence, Petitioner v. United States.

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6055.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 627 F.3d 1281.

No. 10-11012. Thomas Marmolejos, Petitioner v. United States.

565 U.S. 862, 132 S. Ct. 202, 181 L. Ed. 2d 107, 2011 U.S. LEXIS 6019.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.